IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

EDWARD OBERWISE,

        Petitioner,

v.

STATE OF FLORIDA,

        Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2649

Opinion filed July 11, 2016.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Edward Oberwise, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      DISMISSED.  See Baker v. State, 878 So. 2d 1236 (Fla. 2004).

WOLF, B.L. THOMAS, and OSTERHAUS, JJ., CONCUR.